IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL ACTION 1:23-00147-KD-MU |
| | ) |
| JOSHUA ALLEN LEWIS, | ) |
|     Defendant. | ) |

**ORDER**

This action is before the Court on Defendant Joshua Allen Lewis' Motion to Dismiss Count One of the Indictment under the Second Amendment (Doc. 17) and the United States' Response (Doc. 20). As explained in the United States' brief and adopted as the Court's reasoning, by reaffirming and adhering to its reasoning in <u>D.C. v. Heller</u>, 554 U.S. 570, 128 S.Ct. 2783, 171 L. Ed. 2d 637 (2008) and <u>McDonald v. City of Chicago, Ill</u>., 561 U.S. 742, 130 S.Ct. 3020, 177 L. Ed. 2d 894 (2010) the Supreme Court in <u>New York State Rifle & Pistol Ass'n, Inc. v. Bruen</u>, 213 L. Ed. 2d 387, 142 S.Ct. 2111 (2022) did not change the regulatory framework that prohibits felons from possessing firearms. Moreover, the Eleventh Circuit has previously rejected a Second Amendment challenge to 922(g)(1) in <u>United States v. Rozier</u>, 598 F.3d 768 (11th Cir. 2010). Accordingly, Defendant Lewis' Motion to Dismiss (Doc. 17) is **DENIED.**

**DONE** and **ORDERED** this the **16th** day of **October 2023.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**